1  ADAM A. HUTCHINSON (State Bar No. 190992)
   aah@severson.com
2  GREGORY E. EISNER (State Bar No. 190135)
   gee@severson.com
3  SEVERSON & WERSON
   A Professional Corporation
4  The Atrium
   19100 Von Karman Avenue, Suite 700
5  Irvine, California 92612
   Telephone: (949) 442-7110
6  Facsimile: (949) 442-7118

7  Attorneys for Defendant
   ALLY BANK erroneously sued as ALLY
8  FINANCIAL INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION – RIVERSIDE COURTHOUSE

| | |
|---|---|
| ANTHONY PAULEY, an individual, and CHARITYE PAULEY, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>ALLY FINANCIAL INC., and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.<br><br>**NOTICE OF REMOVAL PURSUANT TO 28 U.S.C. SECTION 1441 (FEDERAL QUESTION JURISDICTION)**<br><br>Action Filed: July 15, 2014<br>Trial Date:    Not Set |

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Defendant ALLY BANK erroneously sued as ALLY FINANCIAL INC. ("Ally") hereby removes the above-captioned action from the Superior Court of the State of California, County of Riverside, to the United States District Court for the Central District of California. Ally alleges that it is entitled to removal pursuant to 28 U.S.C. section 1331, based upon federal question jurisdiction, as follows:

07462.0463/3392231.1

1.      Ally is named as a defendant in the civil action filed on or about July 15, 2014 by plaintiffs ANTHONY PAULEY and CHARITYE PAULEY (collectively, "Plaintiffs") in the Superior Court of the State of California, County of Riverside, case number: MCC 1401036, entitled *Pauley v. Ally Financial, Inc.*, *et al.* (the "State Court Action").  The Complaint in the State Court Action purports to allege three causes of action:  (1) Violations of Rosenthal Act, (2) Invasion of Privacy; Intrusion Into Private Affairs and Public Disclosure of Private Facts, and (3) Violation of the TCPA [Telephone Consumer Protection Act, 47 U.S.C. § 227] .  Copies of all pleadings and documents received to date by Ally in the State Court Action are attached hereto as Exhibit A.

2.      Based on the complaint, this action is a civil action of which this Court has original jurisdiction under 28 U.S.C. section 1331 and is one which may be removed to this Court by Ally pursuant to the provisions of 28 U.S.C. section 1441(b) because it arises under the federal Telephone Consumer Protection Act, 47 U.S.C. § 227.  (See Complaint, "Third Cause of Action for Violation of the TCPA" and ¶¶ 31-37.)

3.      This Court has supplemental jurisdiction over all other claims asserted by Plaintiffs in accordance with 28 U.S.C. section 1367(a).

4.      No other defendants are named in the State Court Action, other than fictitiously named DOE defendants 1 through 10, inclusive.

5.      Removal of this action is timely, as it is filed within 30 days of service of the complaint upon Ally on July 23, 2014.

6.      Ally has not yet filed an answer or otherwise responded to Plaintiffs' complaint in the State Court Action.

7.      Removal to this district court is proper because this is the district which embraces the county in which Plaintiffs filed the State Court Action.  See 28 U.S.C. § 1441(a)

1       8.      As required by 28 U.S.C. section 1446(d), Ally will provide written
2  notice of the removal of this action to all parties, and to the Riverside County
3  Superior Court.
4       9.      WHEREFORE, Ally prays that the State Court Action be removed
5  from state court to this Court and that this Court assume jurisdiction over the action
6  and determine it on the merits.

DATED:  August 22, 2014           SEVERSON & WERSON
                                  A Professional Corporation


                                  By:   */s/ Adam A. Hutchinson*
                                            Adam A. Hutchinson

                                  Attorneys for Defendant
                                  ALLY BANK erroneously sued as ALLY
                                  FINANCIAL INC.