Jeremy S. Golden (SBN 228007)
Golden & Cardona-Loya, LLP
3130 Bonita Road, Suite 200B
Chula Vista, CA 91910
jeremy@goldencardona.com
Phone: 619-476-0030; Fax: 775-898-5471
Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY PAULEY, et al., | Case No. 5:14-cv-01733-TJH-DTBx |
| Plaintiffs | **Joint Status Report** |
| v. | |
| ALLY FINANCIAL, INC., et al. | |
| Defendants. | The Hon. Terry J. Hatter, Jr. |

    Please take notice that Plaintiffs served and filed a claim with the American Arbitration Association on January 5, 2015.  The claim has been received by AAA and was assigned Case No. 0115-0002-3915.  The claim is still being processed.  No arbitrator or arbitration date has been set yet.

    Date:  March 19, 2015

                                                    _____s/ Jeremy S. Golden_____
                                                    Jeremy S. Golden,
                                                    Attorney for Plaintiffs

Date: March 19, 2015

          _____s/ Gregory Eisner_____
          Gregory Eisner
          Attorney for Defendant