Jeremy S. Golden (SBN 228007)
Golden & Cardona-Loya, LLP
3130 Bonita Road, Suite 200B
Chula Vista, CA 91910
jeremy@goldencardona.com
Phone: 619-476-0030; Fax: 775-898-5471
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY PAULEY, et al., | Case No. 5:14-cv-01733-TJH-DTBx |
| Plaintiffs | **Stipulation for Dismissal of Entire Case** |
| v. | |
| ALLY FINANCIAL, INC., et al. | |
| Defendants. | |

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(ii) the undersigned parties hereby stipulate to dismiss this action with prejudice. Each party to bear its own fees and costs.

DATED: January 10, 2017      ____s/ Jeremy S. Golden_____
                             Jeremy S. Golden
                             Attorney for Plaintiff


DATED: January 10, 2017      __s/ Adam Hutchinson_____
                             Adam Hutchinson
                             Attorney for Defendant