Jeremy S. Golden (SBN 228007)
Golden & Cardona-Loya, LLP
3130 Bonita Road, Suite 200B
Chula Vista, CA 91910
jeremy@goldencardona.com
Phone: 619-476-0030; Fax: 775-898-5471
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY PAULEY, et al., | Case No. 5:14-cv-01733-TJH-DTBx |
| Plaintiffs | **ORDER DISMISSING ACTION WITH PREJUDICE [JS-6]** |
| v. | |
| ALLY FINANCIAL, INC., et al. | |
| Defendants. | |

Pursuant to the stipulation this court hereby dismisses this action with prejudice. Each party to bear its own fees and costs.  IT IS SO ORDERED

DATE: JANUARY 23, 2017          BY: _____

                                 HON. TERRY J. HATTER, JR.,
                                 UNITED STATES DISTRICT JUDGE